AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SIDNEY RENARD PARRISH,

Plaintiff,

                                   JUDGMENT IN A CIVIL CASE

              V.                          CASE NUMBER: CV623-70

GEORGIA STATE PATROL; THOMIS BOND; STEPHEN SPIRES,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 18, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Plaintiff's case is dismissed for failure to state a claim upon which relief may be granted and dismissing without prejudice any state law claims. This case stands closed.

| 1/18/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020