IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| SIDNEY RENARD PARRISH, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 623-070 |
| GEORGIA STATE PATROL; THOMIS BOND; and STEPHEN SPIRES, | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this 14th day of February, 2024, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA